# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| LYNNEWOOD GARDENS, | : No. 163 MM 2014 |
| | : |
| Respondent | : Emergency Petition to Stay Eviction |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| COREY KEITH, | : |
| | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 31st day of October, 2014, the Emergency Petition to Stay Eviction is **DENIED**.